# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Jeffrey T. Miller, Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 09-CR-0920-JM |
| vs. | ) **ORDER FOR AUTHORIZATION OF INTERIM PAYMENTS** |
| EDMUND RIVERA (2), | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT interim payments to counsel be allowed in the above captioned case.

**SO ORDERED.**

DATED: November 3, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

---

1

ORDER FOR AUTHORIZATION OF INTERIM PAYMENTS